```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**REUBEN DURHAM**                                                **PLAINTIFF**

       v.       Civil No. 14-5245-JLH

**WONDA HOLLAND, Probation Officer; WAYNE SHEWLER, Probation Officer; and ALDOLFOE RODREIGEZ, Probation Officer**                                                **DEFENDANTS**

### O R D E R

Now on this 17th day of November, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #5), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's Complaint is **dismissed**.

**IT IS SO ORDERED.**

                                                    /s/ Jimm Larry Hendren  
                                                    **JIMM LARRY HENDREN**  
                                                    **UNITED STATES DISTRICT JUDGE**